# Exhibit 2

| US10887364 | Rakuten Viki ("The accused instrumentality") |
|---|---|
| 20. A system of a broadcaster streaming media content on the Internet comprising: | The accused instrumentality discloses utilizing a system (e.g., a backend system of the broadcaster, etc.) of a broadcaster (e.g., a content provider) streaming media content (e.g., movies, TV shows, etc.) on the Internet.<br><br>As shown below, the accused instrumentality receives media from broadcast facilities and streams it to viewers over the internet via its website and apps. It allows viewers to watch movies, TV shows, streaming content, etc.<br><br><br><br>https://www.viki.com/ |

Viki, a play on the words "video" and "wiki," is the global TV site where millions of people discover, watch and subtitle global primetime shows and movies in more than 200 languages. Together with its fans, Viki removes the language and cultural barriers that stand between great entertainment and fans everywhere.

https://support.viki.com/hc/en-us/articles/200138964-What-is-Viki



https://support.viki.com/hc/en-us/articles/41613023619859-How-Do-I-Watch-Viki-on-Mobile-Web-Browser

# Rakuten Viki is Truly the Heart of Asian Entertainment

In the USA, Netflix is currently the GO-TO streaming platform for Korean dramas. But Rakuten Viki is a GO-TO alternative. It is also an American company (if that matters).



Treathyl Fox aka cmoneyspinner    (Follow)    3 min read · Jan 3, 2024

👏 12    💬 1

Rakuten Viki is an OTT video streaming website and there is no question that it is LEGIT. This media streaming service boasts that it is the "heart of Asian entertainment" and that is not brag, it's fact. I mainly go to the platform for Korean dramas but they have movies and TV shows that are Chinese, Japanese, Vietnamese, Taiwanese, etc.

https://medium.com/express-yourself/rakuten-viki-is-truly-the-heart-of-asian-entertainment-93799eceea64



https://play.google.com/store/apps/details?id=com.viki.android&hl=en_US



https://play.google.com/store/apps/details?id=com.viki.android&hl=en_US



https://play.google.com/store/apps/details?id=com.viki.android&hl=en_US



## Viki: Asian Dramas & Movies

About this app

Watch all your favorite subtitled Asian dramas, movies, and TV shows from Korea, Mainland China, Taiwan, Japan, and Thailand anytime, anywhere, with Rakuten Viki. Stream TV series and movies for free or subscribe to Viki Pass for an awesome HD experience, completely ad-free.

Our ever-growing collection of award-winning Kdramas, Korean variety shows, Asian movies and TV series, anime, and KPOP music performances offers something for everyone. With the Rakuten Viki mobile app, you can watch Asian entertainment both at home and on the go.

Stream Your Favorite Asian Dramas, Movies, and TV Shows
Korean Dramas: Watch Korea's most popular Kdramas, including True Beauty, Tale of the Nine-Tailed,

https://play.google.com/store/apps/details?id=com.viki.android&hl=en_US

Streaming videos on Viki can consume a moderate amount of data. However, if you are concerned with bandwidth or data limits, you can now restrict how much data Viki uses by adjusting maximum video playback quality on the Viki Android app.

https://support.viki.com/hc/en-us/articles/360014619693-How-do-I-control-how-much-data-Viki-uses

## How do I explore episodes of a channel?

Clicking a featured video on Viki's homepage will bring you to that Channel's homepage. On a Channel page, you can find the episodes by clicking on the "Episodes" tab. For both on-air and non-on-air shows, episodes are sorted from oldest to newest. To play an episode, click on the video thumbnail.

https://support.viki.com/hc/en-us/articles/216035078-How-do-I-browse-and-search-for-shows-on-Viki



https://support.viki.com/hc/en-us/articles/216035078-How-do-I-browse-and-search-for-shows-on-Viki



https://www.viki.com/videos/1268549v

| a. a computing system of the broadcaster configured to receive broadcast media content from facilities of the broadcaster; | The accused instrumentality discloses a computing system (e.g., servers, etc.) of the broadcaster (e.g., a content provider) configured to receive broadcast media content (e.g., movies, TV shows, etc.) from facilities of the broadcaster (e.g., a content provider). As shown below, the accused instrumentality receives media content from broadcast facilities. |
|---|---|

Viki, a play on the words "video" and "wiki," is the global TV site where millions of people discover, watch and subtitle global primetime shows and movies in more than 200 languages. Together with its fans, Viki removes the language and cultural barriers that stand between great entertainment and fans everywhere.

Viki is part of the Rakuten Group of companies, which includes Viber, eBates, Lyft and more, reaching a global audience of nearly 1 billion users.

With over 2 billion video streams and more than 1 billion words translated to date, Viki uniquely brings global prime-time entertainment to new audiences and unlocks new markets and revenue opportunities for content owners; thousands of hours of video from content providers like KBS, SBS, TV Asahi and many others.

https://support.viki.com/hc/en-us/articles/200138964-What-is-Viki

### What is the process for licensing a TV show or movie?

We are in constant contact with content providers or CP's, as we like to call them internally. CP's are TV stations, producers, and distributors. Viki works with CP's from all around the world. We license their content for Viki.com (desktop) as well as our mobile platforms and connected TV's. We love hearing requests from fans, so we use our internal research results to select titles for negotiation. During this process, we and the CP's determine the content availability, cost and geographic reach.

https://blog.viki.com/faq-how-does-viki-license-content-52883673ce08



https://www.viki.com/videos/1268549v

| b. the computing system of the broadcaster configured to stream the broadcast media content on the Internet to | The accused instrumentality discloses the computing system (e.g., servers, etc.) of the broadcaster (e.g., a content provider) configured to stream the broadcast media content (e.g., movies, TV shows, etc.) on the Internet to audience web pages (e.g., a web page of the accused instrumentality). |
| --- | --- |
| | As shown below, the accused instrumentality utilizes servers, content delivery networks (CDNs), etc. that store, process, and distribute media files. When a user clicks on an episode, the embedded media player on the webpage requests the video segments from streaming |

| audience web pages; | servers. The media streams through the Internet to web pages (viki.com).  https://www.viki.com/videos/1268549v |



# Viki: Asian Dramas & Movies

✕

About this app

Watch all your favorite subtitled Asian dramas, movies, and TV shows from Korea, Mainland China, Taiwan, Japan, and Thailand anytime, anywhere, with Rakuten Viki. Stream TV series and movies for free or subscribe to Viki Pass for an awesome HD experience, completely ad-free.

Our ever-growing collection of award-winning Kdramas, Korean variety shows, Asian movies and TV series, anime, and KPOP music performances offers something for everyone. With the Rakuten Viki mobile app, you can watch Asian entertainment both at home and on the go.

Stream Your Favorite Asian Dramas, Movies, and TV Shows
Korean Dramas: Watch Korea's most popular Kdramas, including True Beauty, Tale of the Nine-Tailed,
https://play.google.com/store/apps/details?id=com.viki.android&hl=en_US

Streaming videos on Viki can consume a moderate amount of data. However, if you are concerned with bandwidth or data limits, you can now restrict how much data Viki uses by adjusting maximum video playback quality on the Viki Android app.
https://support.viki.com/hc/en-us/articles/360014619693-How-do-I-control-how-much-data-Viki-uses

## How do I explore episodes of a channel?

Clicking a featured video on Viki's homepage will bring you to that Channel's homepage. On a Channel page, you can find the episodes by clicking on the "Episodes" tab. For both on-air and non-on-air shows, episodes are sorted from oldest to newest. To play an episode, click on the video thumbnail.

https://support.viki.com/hc/en-us/articles/216035078-How-do-I-browse-and-search-for-shows-on-Viki



https://www.viki.com/videos/1269062v



*Source: Fiddler Capture*



https://medium.com/@keshankucodeolima/content-delivery-network-cdn-things-you-want-to-know-3b428d0435a8

Content Delivery Network (CDN) lies the idea of edge servers and Points of Presence (Pop). Edge servers are strategically distributed across the globe to cache and serve content to users from locations closer to them, reducing the physical distance data must travel. A Pop is a network access point that houses one or more edge servers, strategically placed in high-demand or geographically significant areas to optimize content delivery. This decentralized architecture ensures that users, regardless of their location, experience faster load times and lower latency by accessing data from the nearest Pop rather than a central server located far away.



https://medium.com/@keshankucodeolima/content-delivery-network-cdn-things-you-want-to-know-3b428d0435a8

| c. audience web pages presented to users by a web server of the broadcaster and configured to play the streamed broadcast media | The accused instrumentality discloses audience web pages (e.g., a web page of the accused instrumentality) presented to users (e.g., viewers) by a web server (e.g., an edge server) of the broadcaster (e.g., a content provider) and configured to play the streamed broadcast media content (e.g., movies, TV shows, etc.).<br><br>As shown below, the accused instrumentality utilizes servers, content delivery networks (CDNs), etc. that store, process, and distribute media files. When a user clicks on an episode, the embedded media player on the webpage requests the video segments from streaming |

| content; | servers. The media streams through the Internet to web pages (viki.com). The web pages that viewers access on Rakuten Viki's website, are delivered from Rakuten Viki's edge servers that are located geographically closer to users to improve speed. These edge servers act as the web servers of the broadcaster (Rakuten Viki) and are responsible for hosting and serving the HTML, JavaScript, and media player components that make up each movie or episode page. https://www.viki.com/videos/1268549v |
|---|---|

 **Viki: Asian Dramas & Movies**



About this app

Watch all your favorite subtitled Asian dramas, movies, and TV shows from Korea, Mainland China, Taiwan, Japan, and Thailand anytime, anywhere, with Rakuten Viki. Stream TV series and movies for free or subscribe to Viki Pass for an awesome HD experience, completely ad-free.

Our ever-growing collection of award-winning Kdramas, Korean variety shows, Asian movies and TV series, anime, and KPOP music performances offers something for everyone. With the Rakuten Viki mobile app, you can watch Asian entertainment both at home and on the go.

Stream Your Favorite Asian Dramas, Movies, and TV Shows
Korean Dramas: Watch Korea's most popular Kdramas, including True Beauty, Tale of the Nine-Tailed,
https://play.google.com/store/apps/details?id=com.viki.android&hl=en_US

Streaming videos on Viki can consume a moderate amount of data. However, if you are concerned with bandwidth or data limits, you can now restrict how much data Viki uses by adjusting maximum video playback quality on the Viki Android app.
https://support.viki.com/hc/en-us/articles/360014619693-How-do-I-control-how-much-data-Viki-uses

## How do I explore episodes of a channel?

Clicking a featured video on Viki's homepage will bring you to that Channel's homepage. On a Channel page, you can find the episodes by clicking on the "Episodes" tab. For both on-air and non-on-air shows, episodes are sorted from oldest to newest. To play an episode, click on the video thumbnail.

https://support.viki.com/hc/en-us/articles/216035078-How-do-I-browse-and-search-for-shows-on-Viki



https://www.viki.com/videos/1269062v



*Source: Fiddler Capture*



https://medium.com/@keshankucodeolima/content-delivery-network-cdn-things-you-want-to-know-3b428d0435a8

Content Delivery Network (CDN) lies the idea of edge servers and Points of Presence (Pop). Edge servers are strategically distributed across the globe to cache and serve content to users from locations closer to them, reducing the physical distance data must travel. A Pop is a network access point that houses one or more edge servers, strategically placed in high-demand or geographically significant areas to optimize content delivery. This decentralized architecture ensures that users, regardless of their location, experience faster load times and lower latency by accessing data from the nearest Pop rather than a central server located far away.



https://medium.com/@keshankucodeolima/content-delivery-network-cdn-things-you-want-to-know-3b428d0435a8

| d. the computing system of the broadcaster configured to receive a trigger message originated by a system of the | The accused instrumentality discloses the computing system (e.g., servers, etc.) of the broadcaster (e.g., a content provider) configured to receive a trigger message (e.g., an "Starts in" trigger message) originated by a system of the broadcaster (e.g., an automation system of the broadcaster, etc.), and, in response to the trigger message (e.g., an "Starts in" trigger message), to create a script command (e.g., computer instructions, etc.) specifying a supplemental media stream (e.g., another episode, etc.) and associated audience web page (e.g., a web page of the accused instrumentality) reconfiguration data (e.g., changed layout, etc.) to accommodate the supplemental media stream (e.g., another episode etc.). |
| --- | --- |

| | |
|---|---|
| broadcaster, and, in response to the trigger message, to create a script command specifying a supplemental media stream and associated audience web page reconfiguration data to accommodate the supplemental media stream;<br><br>**Col 12: lines 40-43**<br><br>*At the same time, to optimize the entire media player while a video or other replacement content, or additional content, is played or shown, other* | As shown below, the accused instrumentality utilizes servers, content delivery networks (CDNs), etc. that store, process, and distribute media files. When a user clicks on an episode, the embedded media player on the webpage requests the video segments from streaming servers. The media streams through the Internet to web pages (viki.com). An automation system (e.g., a system of the broadcaster) is a broadcaster's control platform that manages and coordinates the timing of media playback and signaling events during streaming or broadcast operations.<br><br>During playback, an "Starts in" trigger message is generated by the broadcaster's automation system to indicate that another video is scheduled to be presented to the viewer. When the accused instrumentality receives the "Starts in" trigger message, the system processes the trigger and generates a script command to be executed on the audience's web page. This script command defines what change must occur on the audience's web page, such as modifying the video player area, etc. Once generated, the command is sent to the user's browser to be executed. The web interface is updated to accommodate the additional content. |

| | |
|---|---|
| *display elements or regions can be resized, moved, hidden, shown, dimmed, highlighted.* |  **Viki: Asian Dramas & Movies** ✕<br><br>About this app<br><br>Watch all your favorite subtitled Asian dramas, movies, and TV shows from Korea, Mainland China, Taiwan, Japan, and Thailand anytime, anywhere, with Rakuten Viki. Stream TV series and movies for free or subscribe to Viki Pass for an awesome HD experience, completely ad-free.<br><br>Our ever-growing collection of award-winning Kdramas, Korean variety shows, Asian movies and TV series, anime, and KPOP music performances offers something for everyone. With the Rakuten Viki mobile app, you can watch Asian entertainment both at home and on the go.<br><br>Stream Your Favorite Asian Dramas, Movies, and TV Shows<br>Korean Dramas: Watch Korea's most popular Kdramas, including True Beauty, Tale of the Nine-Tailed,<br>https://play.google.com/store/apps/details?id=com.viki.android&hl=en_US |

Viki, a play on the words "video" and "wiki," is the global TV site where millions of people discover, watch and subtitle global primetime shows and movies in more than 200 languages. Together with its fans, Viki removes the language and cultural barriers that stand between great entertainment and fans everywhere.

Viki is part of the Rakuten Group of companies, which includes Viber, eBates, Lyft and more, reaching a global audience of nearly 1 billion users.

With over 2 billion video streams and more than 1 billion words translated to date, Viki uniquely brings global prime-time entertainment to new audiences and unlocks new markets and revenue opportunities for content owners; thousands of hours of video from content providers like KBS, SBS, TV Asahi and many others.
https://support.viki.com/hc/en-us/articles/200138964-What-is-Viki

### What is the process for licensing a TV show or movie?

We are in constant contact with content providers or CP's, as we like to call them internally. CP's are TV stations, producers, and distributors. Viki works with CP's from all around the world. We license their content for Viki.com (desktop) as well as our mobile platforms and connected TV's. We love hearing requests from fans, so we use our internal research results to select titles for negotiation. During this process, we and the CP's determine the content availability, cost and geographic reach.

https://blog.viki.com/faq-how-does-viki-license-content-52883673ce08

## How do I explore episodes of a channel?

Clicking a featured video on Viki's homepage will bring you to that Channel's homepage. On a Channel page, you can find the episodes by clicking on the "Episodes" tab. For both on-air and non-on-air shows, episodes are sorted from oldest to newest. To play an episode, click on the video thumbnail.

https://support.viki.com/hc/en-us/articles/216035078-How-do-I-browse-and-search-for-shows-on-Viki

Streaming videos on Viki can consume a moderate amount of data. However, if you are concerned with bandwidth or data limits, you can now restrict how much data Viki uses by adjusting maximum video playback quality on the Viki Android app.

https://support.viki.com/hc/en-us/articles/360014619693-How-do-I-control-how-much-data-Viki-uses



a media content

https://www.viki.com/videos/1268549v

When a video is playing on the accused instrumentality's web page, the accused instrumentality generates an "Starts in" trigger indicating that another video is scheduled to be presented to the viewer. In response, the platform displays an additional video (e.g., supplemental media stream) within an on-screen overlay. The accused instrumentality dynamically updates the layout of the web page to accommodate the additional content.



viki.com/videos/1269062v

audience web page

← Ep. 1: The Architect

PG-13

*I must be granted a chance
to avenge and clear my family's name.*

0:54 / 19:08

a media content

https://www.viki.com/videos/1269062v



https://www.viki.com/videos/1269062v



https://www.viki.com/videos/1269063v

| | |
|---|---|
| e. the computing system of the broadcaster configured to send the script command to the audience web pages in association with the streamed | The accused instrumentality discloses the computing system of the broadcaster (e.g., servers, etc.) configured to send the script command (e.g., computer instructions, etc.) to the audience web pages (e.g., a webpage of the accused instrumentality) in association with the streamed broadcast media content (e.g., movies, TV shows, etc.).

As shown below, the accused instrumentality utilizes servers, content delivery networks (CDNs), etc. that store, process, and distribute media files. When a user clicks on an episode, the embedded media player on the webpage requests the video segments from streaming servers. The media streams through the Internet to web pages (viki.com). An automation system (e.g., a system of the broadcaster) is a broadcaster's control platform that manages |

| broadcast media content; and, | and coordinates the timing of media playback and signaling events during streaming or broadcast operations.<br><br>During playback, an "Starts in" trigger message is generated by the broadcaster's automation system to indicate that another video is scheduled to be presented to the viewer. When the accused instrumentality receives the "Starts in" trigger message, the system processes the trigger and generates a script command to be executed on the audience's web page. This script command defines what change must occur on the audience's web page, such as modifying the video player area, etc. Once generated, the command is sent to the user's browser to be executed. The web interface is updated to accommodate the additional content.<br><br> **Viki: Asian Dramas & Movies**     ✕<br>About this app<br><br>Watch all your favorite subtitled Asian dramas, movies, and TV shows from Korea, Mainland China, Taiwan, Japan, and Thailand anytime, anywhere, with Rakuten Viki. Stream TV series and movies for free or subscribe to Viki Pass for an awesome HD experience, completely ad-free.<br><br>Our ever-growing collection of award-winning Kdramas, Korean variety shows, Asian movies and TV series, anime, and KPOP music performances offers something for everyone. With the Rakuten Viki mobile app, you can watch Asian entertainment both at home and on the go.<br><br>Stream Your Favorite Asian Dramas, Movies, and TV Shows<br>Korean Dramas: Watch Korea's most popular Kdramas, including True Beauty, Tale of the Nine-Tailed, https://play.google.com/store/apps/details?id=com.viki.android&hl=en_US |
| --- | --- |

Viki, a play on the words "video" and "wiki," is the global TV site where millions of people discover, watch and subtitle global primetime shows and movies in more than 200 languages. Together with its fans, Viki removes the language and cultural barriers that stand between great entertainment and fans everywhere.

Viki is part of the Rakuten Group of companies, which includes Viber, eBates, Lyft and more, reaching a global audience of nearly 1 billion users.

With over 2 billion video streams and more than 1 billion words translated to date, Viki uniquely brings global prime-time entertainment to new audiences and unlocks new markets and revenue opportunities for content owners; thousands of hours of video from content providers like KBS, SBS, TV Asahi and many others.
https://support.viki.com/hc/en-us/articles/200138964-What-is-Viki

### What is the process for licensing a TV show or movie?

We are in constant contact with content providers or CP's, as we like to call them internally. CP's are TV stations, producers, and distributors. Viki works with CP's from all around the world. We license their content for Viki.com (desktop) as well as our mobile platforms and connected TV's. We love hearing requests from fans, so we use our internal research results to select titles for negotiation. During this process, we and the CP's determine the content availability, cost and geographic reach.

https://blog.viki.com/faq-how-does-viki-license-content-52883673ce08

## How do I explore episodes of a channel?

Clicking a featured video on Viki's homepage will bring you to that Channel's homepage. On a Channel page, you can find the episodes by clicking on the "Episodes" tab. For both on-air and non-on-air shows, episodes are sorted from oldest to newest. To play an episode, click on the video thumbnail.

https://support.viki.com/hc/en-us/articles/216035078-How-do-I-browse-and-search-for-shows-on-Viki

Streaming videos on Viki can consume a moderate amount of data. However, if you are concerned with bandwidth or data limits, you can now restrict how much data Viki uses by adjusting maximum video playback quality on the Viki Android app.

https://support.viki.com/hc/en-us/articles/360014619693-How-do-I-control-how-much-data-Viki-uses



a media content

https://www.viki.com/videos/1268549v

When a video is playing on the accused instrumentality's web page, the accused instrumentality generates an "Starts in" trigger indicating that another video is scheduled to be presented to the viewer. In response, the platform displays an additional video (e.g., supplemental media stream) within an on-screen overlay. The accused instrumentality dynamically updates the layout of the web page to accommodate the additional content.



audience web page

### Ep. 1: The Architect

PG-13

*I must be granted a chance
to avenge and clear my family's name.*

0:54 / 19:08

a media content

https://www.viki.com/videos/1269062v



https://www.viki.com/videos/1269062v



https://www.viki.com/videos/1269063v

| | |
|---|---|
| f. software of the audience web pages configured to receive the script command and to execute the instructions of the script command to reconfigure the | The accused instrumentality discloses software (e.g., embedded media player, etc.) of the audience web pages (e.g., a web page of the accused instrumentality) configured to receive the script command (e.g., computer instructions, etc.) and to execute the instructions of the script command (e.g., computer instructions, etc.) to reconfigure the layout (e.g., layout of web interface, etc.) of the audience web page pages (e.g., a web page of the accused instrumentality) for presentation of the supplemental media stream (e.g., another episode, etc.), and to access and play the supplemental media stream (e.g., another episode, etc.).<br><br>As shown below, the accused instrumentality utilizes servers, content delivery networks (CDNs), etc. that store, process, and distribute media files. When a user clicks on an episode, |

| | |
|---|---|
| layout of the audience web page for presentation of the supplemental media stream, and to access and play the supplemental media stream.<br><br>**Col 12: lines 40-43**<br><br>*At the same time, to optimize the entire media player while a video or other replacement content, or additional content, is played or shown, other display elements or regions can be resized, moved, hidden, shown, dimmed, highlighted.* | the embedded media player on the webpage requests the video segments from streaming servers. The media streams through the Internet to web pages (viki.com). An automation system (e.g., a system of the broadcaster) is a broadcaster's control platform that manages and coordinates the timing of media playback and signaling events during streaming or broadcast operations.<br><br>During playback, an "Starts in" trigger message is generated by the broadcaster's automation system to indicate that another video is scheduled to be presented to the viewer. When the accused instrumentality receives the "Starts in" trigger message, the system processes the trigger and generates a script command to be executed on the audience's web page. This script command defines what change must occur on the audience's web page, such as modifying the video player area, etc. Once generated, the command is sent to the user's browser to be executed. The web interface is updated to accommodate the additional content. |

 **Viki: Asian Dramas & Movies**

About this app

Watch all your favorite subtitled Asian dramas, movies, and TV shows from Korea, Mainland China, Taiwan, Japan, and Thailand anytime, anywhere, with Rakuten Viki. Stream TV series and movies for free or subscribe to Viki Pass for an awesome HD experience, completely ad-free.

Our ever-growing collection of award-winning Kdramas, Korean variety shows, Asian movies and TV series, anime, and KPOP music performances offers something for everyone. With the Rakuten Viki mobile app, you can watch Asian entertainment both at home and on the go.

Stream Your Favorite Asian Dramas, Movies, and TV Shows

Korean Dramas: Watch Korea's most popular Kdramas, including True Beauty, Tale of the Nine-Tailed,

https://play.google.com/store/apps/details?id=com.viki.android&hl=en_US

Viki, a play on the words "video" and "wiki," is the global TV site where millions of people discover, watch and subtitle global primetime shows and movies in more than 200 languages. Together with its fans, Viki removes the language and cultural barriers that stand between great entertainment and fans everywhere.

Viki is part of the Rakuten Group of companies, which includes Viber, eBates, Lyft and more, reaching a global audience of nearly 1 billion users.

With over 2 billion video streams and more than 1 billion words translated to date, Viki uniquely brings global prime-time entertainment to new audiences and unlocks new markets and revenue opportunities for content owners; thousands of hours of video from content providers like KBS, SBS, TV Asahi and many others.
https://support.viki.com/hc/en-us/articles/200138964-What-is-Viki

### What is the process for licensing a TV show or movie?

We are in constant contact with content providers or CP's, as we like to call them internally. CP's are TV stations, producers, and distributors. Viki works with CP's from all around the world. We license their content for Viki.com (desktop) as well as our mobile platforms and connected TV's. We love hearing requests from fans, so we use our internal research results to select titles for negotiation. During this process, we and the CP's determine the content availability, cost and geographic reach.

https://blog.viki.com/faq-how-does-viki-license-content-52883673ce08

## How do I explore episodes of a channel?

Clicking a featured video on Viki's homepage will bring you to that Channel's homepage. On a Channel page, you can find the episodes by clicking on the "Episodes" tab. For both on-air and non-on-air shows, episodes are sorted from oldest to newest. To play an episode, click on the video thumbnail.

https://support.viki.com/hc/en-us/articles/216035078-How-do-I-browse-and-search-for-shows-on-Viki

Streaming videos on Viki can consume a moderate amount of data. However, if you are concerned with bandwidth or data limits, you can now restrict how much data Viki uses by adjusting maximum video playback quality on the Viki Android app.

https://support.viki.com/hc/en-us/articles/360014619693-How-do-I-control-how-much-data-Viki-uses



a media content

https://www.viki.com/videos/1268549v

When a video is playing on the accused instrumentality's web page, the accused instrumentality generates an "Starts in" trigger indicating that another video is scheduled to be presented to the viewer. In response, the platform displays an additional video (e.g., supplemental media stream) within an on-screen overlay. The accused instrumentality dynamically updates the layout of the web page to accommodate the additional content.



Ep. 1: The Architect

PG-13

*I must be granted a chance
to avenge and clear my family's name.*

0:54 / 19:08

audience web page

a media content

https://www.viki.com/videos/1269062v



https://www.viki.com/videos/1269062v



https://www.viki.com/videos/1269063v